UNITED STATES COURT OF APPEALS
For THE FIRST CIRCUIT

No. 22-1959

| | |
|---|---|
| BERKLEY NATIONAL INSURANCE COMPANY, | ) |
|     Plaintiff-Appellee, | ) |
| v. | ) |
| | ) |
| ATLANTIC-NEWPORT REALTY, LLC, | ) |
|     Defendant-Appellant, | ) |
| | ) |
| GRANITE TELECOMMUNICATIONS, LLC, | ) |
|     Defendant/Third-Party Plaintiff-Appellant, | ) |
| v. | ) |
| | ) |
| LESSING'S FOOD SERVICE MANAGEMENT CORP., | ) |
| THE HANOVER AMERICAN INSURANCE COMPANY, | ) |
| and THE HANOVER INSURANCE COMPANY, | ) |
|     Third-Party Defendants-Appellees. | ) |

**CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT/APPELLEE THE HANOVER AMERICAN INSURANCE COMPANY**

Pursuant to Federal Rules of Appellate Procedure 26.1, third-party defendant/appellee the Hanover American Insurance Company ("Hanover American"), makes the following disclosure:

1. The Hanover Insurance Group, Inc. is Hanover American's parent company, and is a publicly held corporation that owns 10% or more of Hanover American's stock.

Respectfully submitted,
Third-Party Defendant/Appellee,
THE HANOVER AMERICAN INSURANCE CO.,
By Their Attorney,

*/s/ Scott T. Ober*

_____

Scott T. Ober, Esquire
Court of Appeals Bar No.: 123632
sober@hassettdonnelly.com
Hassett and Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287

Dated: December 28, 2022

## CERTIFICATE OF SERVICE

I, Scott T. Ober, hereby certify that on December 28th, 2022, I filed this document through the electronic filing system and the document is available for viewing and/or downloading from the United States First Circuit Court of Appeals using the CM/ECF system, which will send notice of electronic filing to all parties.

*/s/ Scott T. Ober*

_____

Scott T. Ober, Esquire