# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure: (i) Defendant-Appellant Atlantic-Newport Realty LLC hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its membership interests; and (ii) Defendant-Appellant Granite Telecommunications, LLC hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its membership interests.