# United States Court of Appeals
## For the First Circuit

No. 22-1959

BERKLEY NATIONAL INSURANCE COMPANY,

Plaintiff - Appellee,

v.

ATLANTIC-NEWPORT REALTY LLC,

Defendant - Appellant,

STEPHEN PAPSIS,

Defendant,

GRANITE TELECOMMUNICATIONS, LLC,

Defendant/Third Party Plaintiff - Appellant,

v.

THE HANOVER INSURANCE COMPANY; THE HANOVER AMERICAN INSURANCE COMPANY; LESSING'S FOOD SERVICE MANAGEMENT CORP.,

Third Party Defendants.

**ORDER OF COURT**

Entered: June 8, 2023

     Plaintiff-appellee Berkley National Insurance Company brought this action against defendants-appellants Atlantic-Newport Realty LLC and Granite Telecommunications, LLC, et al., pursuant to the district court's diversity jurisdiction. See 28 U.S.C. § 1332(a). A limited liability company is deemed to be a citizen of every state of which any of its members is a citizen. See BRT Management LLC v. Malden Storage LLC, ___ F.4th ___, ___, 2023 WL 3579390 *3-4 (1st Cir. May 22, 2023) ("It is clear in this circuit that an LLC . . . takes the citizenship of all of its members.") (citation omitted); see also D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125 (1st Cir. 2011) (per curiam). If any of defendants-appellants' members is itself

an unincorporated entity, then the citizenship of each of the entity's members or partners must be disclosed for purposes of determining whether diversity exists. See Zwirn, 661 F.3d at 126. The present record is not sufficient to demonstrate subject-matter jurisdiction based on diversity. Accordingly, the court directs defendants-appellants to file, by 5:00 p.m. on Thursday, June 15, 2023, an affidavit of jurisdictional facts sufficient to show their citizenship as of the date the action was filed in the federal district court.

                                                     By the Court:

                                                     Maria R. Hamilton, Clerk

cc:
Michael F. Aylward
Timothy Henry Madden
Nathaniel R. B. Koslof
Michelle R. Pascucci
Scott T. Ober
Patrick T. Ciapciak
Ann M. Donovan
Brian Alan O'Connell
Laura A. Foggan