# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 22-1959

BERKLEY NATIONAL INSURANCE COMPANY,

Plaintiff - Appellee,

v.

ATLANTIC-NEWPORT REALTY LLC,

Defendant - Appellant,

STEPHEN PAPSIS,

Defendant,

GRANITE TELECOMMUNICATIONS, LLC,

Defendant/Third Party Plaintiff - Appellant,

v.

THE HANOVER INSURANCE COMPANY; THE HANOVER AMERICAN INSURANCE COMPANY; LESSING'S FOOD SERVICE MANAGEMENT CORP.,

Third Party Defendants - Appellees.

**DEFENDANTS-APPELLANTS GRANITE TELECOMMUNICATIONS, LLC AND ATLANTIC-NEWPORT REALTY LLC'S MOTION TO FILE UNDER SEAL THEIR RESPONSE TO OCTOBER 6, 2023 ORDER REQUIRING SUPPLEMENTAL AFFIDAVITS PROVIDING JURISDICTIONAL FACTS**

Now comes Defendants-Appellants Granite Telecommunications, LLC and Atlantic-Newport Realty LLC (together, "Defendants-Appellants") and respectfully move pursuant to First Circuit Rule 11.0(c)(2) for leave to file under seal the following documents and have such documents remain under seal until further Order of the Court:

i. Response of Defendants-Appellants Granite Telecommunications, LLC and Atlantic-Newport Realty LLC to October 6, 2023 Order Requiring Supplemental Jurisdictional Affidavits (attached hereto as **Exhibit A**);

ii. Supplemental Affidavit of Michael Galvin Providing Jurisdictional Facts Related to Defendant-Appellant Granite Telecommunications, LLC (attached hereto as **Exhibit 1** to **Exhibit A**); and

iii. Supplemental Affidavit of Joseph L. Zink Providing Jurisdictional Facts Related to Defendant-Appellant Atlantic-Newport Realty LLC (attached hereto as **Exhibit 2** to **Exhibit A**).

In support of this Motion, Defendants-Appellants state as follows:

1. Pursuant to this Court's Order dated June 8, 2023, on June 22, 2023, Defendants-Appellants filed under seal (i) the Affidavit of Michael Galvin Providing Jurisdictional Facts Related to Defendant-Appellant Granite Telecommunications, LLC, and (ii) the Affidavit of Joseph L. Zink Providing Jurisdictional Facts Related to Defendant-Appellant Atlantic-Newport Realty, LLC (together, the "Jurisdictional Affidavits.").

2. Defendants-Appellants filed the Jurisdictional Affidavits provisionally under seal, accompanied by a Motion to Seal.

3. On August 4, 2023, this Court granted Defendants-Appellants' Motion to Seal the Jurisdictional Affidavits, and the Jurisdictional Affidavits currently remain under seal.

4. On October 6, 2023, this Court entered a further Order directing Defendants-Appellants to file supplemental affidavits of jurisdictional facts on or before October 16, 2023, which deadline was subsequently extended by this Court to October 23, 2023.

5. Defendants-Appellants have each prepared such supplemental jurisdictional affidavits, along with a response to the Court's October 6, 2023 Order that explains the relevant law in the relevant jurisdictions. As noted above, Defendants-Appellants' Response is attached hereto as **Exhibit A**, and the supplemental jurisdictional affidavits are attached thereto as **Exhibit 1** (Granite Telecommunications, LLC) and **Exhibit 2** (Atlantic-Newport Realty LLC).

6. Good cause exists to allow Defendants-Appellants to file their Response to the October 6, 2023 Order and the Supplemental Jurisdictional Affidavits under seal.

7. The sole reason for Defendants-Appellants' Response to the October 6, 2023 Order and the Supplemental Jurisdictional Affidavits is to provide the Court with sufficient facts and legal analysis to allow the Court to confirm that the federal

courts have diversity jurisdiction over the parties to this lawsuit. *See* 28 U.S.C. § 1332(a).

8. Accordingly, Defendants-Appellants' Response to the October 6, 2023 Order and the Supplemental Jurisdictional Affidavits disclose the identity of Defendants-Appellants' members and their citizenship.

9. While required for the Court's jurisdictional analysis, the identity of Defendants-Appellants' members, and their citizenship, is confidential and sensitive non-public information that Defendants-Appellants wish to keep private.

10. In addition, neither Defendants-Appellants nor Plaintiff-Appellee disputes jurisdiction, and there is no significant public interest in the identity of Defendants-Appellants' members and their citizenship, which information would otherwise remain private.

11. Although there is a presumption favoring public access of documents, the public's right to access such materials is not "unfettered." *Siedle v. Putnam Investments, Inc.*, 147 F.3d 7, 9 (1st Cir. 1998). "Important countervailing interests can, in given circumstances, overwhelm the usual presumption and defeat access." *Id.* This Court enjoys "considerable leeway" balancing the "competing interests that are stake in the particular case." *Id.* (citation omitted). Ultimately, "[a] party seeking to file a document under seal must demonstrate that 'good cause' exists to do so."

*Dunkin Donuts Franchised Restaurants, LLC v. Agawam Donuts, Inc.*, No. CIV.A. 07–11444–RWZ, 2008 WL 427290, at *1 (D. Mass. Feb. 13, 2008).

12. For the reasons stated above, Defendants-Appellants submit that good cause exists to seal their Response to the October 6 Order and the Supplemental Jurisdictional Affidavits.

13. Plaintiff-Appellee Berkley National Insurance Company does not object to the allowance of this Motion to Seal.

**WHEREFORE,** Defendants-Appellants respectfully request that this Court (i) grant the instant Motion to Seal, (ii) accept the attached as filed under seal and have such filings remain under seal until further Order of the Court, and (iii) enter such other relief as is just and proper.

Dated: October 23, 2023

Respectfully submitted,

GRANITE TELECOMMUNICATIONS, LLC and ATLANTIC-NEWPORT REALTY LLC

By their attorneys,

/s/ Timothy H. Madden
Timothy H. Madden (BBO# 654040)
Nathaniel R.B. Koslof (BBO# 691094)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
Tel: (617) 720-2880
Fax: (617) 720-3554
thm@dcglaw.com
nrbk@dcglaw.com

## CERTIFICATE OF SERVICE

I, Timothy H. Madden, hereby certify that this document was served on counsel for Berkley National Insurance Company by electronic mail on October 23, 2023.

/s/ *Timothy H. Madden*
Timothy H. Madden (BBO# 654040)